```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 19-04194-HWV
Erin Rena Ball
Adam Christopher Ball                                           Chapter 13
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1         User: DDunbar            Page 1 of 2         Date Rcvd: Nov 06, 2019
                             Form ID: ntnew341        Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
```
db/jdb         +Erin Rena Ball,    Adam Christopher Ball,    214 Lartry Dr,    Red Lion, PA 17356-8918
5252653        +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
5252654        +Choedel, MD,    PO Box 14099,    Belfast, ME 04915-4034
5252655        +Citicards Cbna,    Po Box 6241,    Sioux Falls, SD 57117-6241
5256018        +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
5252656        +Citizens Bank NA,    480 Jefferson Blvd,    Warwick, RI 02886-1359
5252657        +Citizens One,    Po Box 42033,    Providence, RI 02940-2033
5252659        +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
5252650         Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5252661        +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
5252665        +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
5252672        +PHY med Health Care Group,    PO Box 639012,    Cincinnati, OH 45263-9012
5252671        +Penn State Hershey Phy. Grp.,    500 University Drive,    Hershey, PA 17033-2360
5252673        +Physicians Billing / Wellspan,    1803 Mount Rose Avenue, Suite B3,    York, PA 17403-3051
5258838        +SunTrust Bank,    Bankruptcy Dept.,    P.O. Box 85092,    Richmond, VA 23286-0001
5252674        +Suntrust,    600 W Broadway Ste 2000,    San Diego, CA 92101-3358
5252676        +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
5252677        +Wellspan Health,    1001 S. George Street,    York, PA 17403-3676
5252678        +White Rose Ob/Gyn Associates,    1225 E. Market Street,    York, PA 17403-1250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2019 19:01:49
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5252651        +E-mail/Text: bankruptcynotice@1fbusa.com Nov 06 2019 18:59:09     1st Financial Bk Usa,
                 363 W Anchor Dr,    North Sioux City, SD 57049-5154
5252652        +E-mail/Text: backoffice@affirm.com Nov 06 2019 18:59:16     Affirm Inc,
                 650 California St Fl 12,    San Francisco, CA 94108-2716
5252658        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2019 18:59:08     Comenitycb/overstock,
                 Po Box 182120,    Columbus, OH 43218-2120
5254016         E-mail/Text: mrdiscen@discover.com Nov 06 2019 18:59:04     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5252660        +E-mail/Text: mrdiscen@discover.com Nov 06 2019 18:59:04     Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
5252648         E-mail/Text: cio.bncmail@irs.gov Nov 06 2019 18:59:06     Internal Revenue Service,
                 Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
5252662        +E-mail/Text: bk@lendingclub.com Nov 06 2019 18:59:13     Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
5252663        +E-mail/Text: bankruptcy@lightstream.com Nov 06 2019 18:59:15     Lightstream,
                 303 Peachtree Street Northeast,    Atlanta, GA 30308-3201
5252664         E-mail/Text: camanagement@mtb.com Nov 06 2019 18:59:07     M & T Bank,    P.o. Box 1288,
                 Buffalo, NY 14240
5252666        +E-mail/Text: unger@members1st.org Nov 06 2019 18:59:15     Members 1st F C U,    5000 Louise Dr,
                 Mechanicsburg, PA 17055-4899
5255524        +E-mail/Text: bankruptcy@nbtbank.com Nov 06 2019 18:59:12     NBT BANK NA,    52 SOUTH BROAD ST,
                 NORWICH, NY 13815-1699
5252667        +E-mail/PDF: pa_dc_claims@navient.com Nov 06 2019 19:01:49     Navient,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
5252668        +E-mail/Text: bankruptcy@nbtbank.com Nov 06 2019 18:59:12     Nbt Bank Na,    20 Mohawk St,
                 Canajoharie, NY 13317-1144
5252670        +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2019 19:02:25     PayPal Credit,    P.O. Box 5018,
                 Lutherville Timonium, MD 21094-5018
5252669         E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2019 19:02:05     Paypal,    PO Box 71202,
                 Charlotte, NC 28272-1202
5252675        +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2019 19:02:06     Syncb/oldnavydc,    Po Box 965005,
                 Orlando, FL 32896-5005
5252767        +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2019 19:02:06     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5252649        +E-mail/Text: kcm@yatb.com Nov 06 2019 18:59:04     York Adams Tax Bureau,    PO BOX 15627,
                 York, PA 17405-0156
                                                                                              TOTAL: 19
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Dawn Marie Cutaia   on behalf of Debtor 1 Erin Rena Ball dmcutaia@gmail.com, cutaialawecf@gmail.com;r46159@notify.bestcase.com
        Dawn Marie Cutaia   on behalf of Debtor 2 Adam Christopher Ball dmcutaia@gmail.com, cutaialawecf@gmail.com;r46159@notify.bestcase.com
        James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Erin Rena Ball,
fka Erin Grimm,

**Debtor 1**

Adam Christopher Ball,

**Debtor 2**

Chapter 13

Case No. 1:19−bk−04194−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 12, 2019<br>Time: 11:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DDunbar, Deputy Clerk

Date: November 6, 2019

ntnew341 (04/18)