Certificate Number: 03088-PAM-DE-033802556

Bankruptcy Case Number: 19-04194


03088-PAM-DE-033802556

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>December 8, 2019</u>, at <u>4:16</u> o'clock <u>PM CST</u>, <u>Adam C Ball</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 8, 2019</u>　　　　By: <u>/s/Doug Tonne</u>

　　　　　　　　　　　　　　　　　Name: <u>Doug Tonne</u>

　　　　　　　　　　　　　　　　　Title: <u>Counselor</u>