UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIN RENA BALL and : CHAPTER 13
ADAM CHRISTOPHER BALL :
   Debtor(s) :
    :

CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
    :

   vs. :
    :

ERIN RENA BALL and :
ADAM CHRISTOPHER BALL :
   Respondent(s) : CASE NO.   1-19-bk-04194


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this   12th   day of December, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

   1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

      a.  Secured claims not in plan.   (Citizens – Claim #3-1 and
         M & T – Claim #6-1 arrears are not in plan.
      b.  Plan ambiguous – payment.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a.  Deny confirmation of debtor(s) plan.
      b.  Dismiss or convert debtor(s) case.
      c.  Provide such other relief as is equitable and just.

             Respectfully submitted:



             /s/Charles J. DeHart, III
             Standing Chapter 13 Trustee
             8125 Adams Drive, Suite A
             Hummelstown, PA 17036
             (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 17th day of December, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
115 East Philadelphia Street
York, PA   17401


/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee