```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 19-04194-HWV
Erin Rena Ball
Adam Christopher Ball                                        Chapter 13
       Debtors
                             CERTIFICATE OF NOTICE
District/off: 0314-1          User: DaneishaD              Page 1 of 2              Date Rcvd: Dec 17, 2019
                              Form ID: ntcnfhrg            Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db/jdb         +Erin Rena Ball,    Adam Christopher Ball,    214 Lartry Dr,    Red Lion, PA 17356-8918
5252653        +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
5252654        +Choedel, MD,    PO Box 14099,    Belfast, ME 04915-4034
5252655        +Citicards Cbna,    Po Box 6241,    Sioux Falls, SD 57117-6241
5256018        +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
5252656        +Citizens Bank NA,    480 Jefferson Blvd,    Warwick, RI 02886-1359
5252657        +Citizens One,    Po Box 42033,    Providence, RI 02940-2033
5252659        +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
5252650         Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5252661        +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
5277493        +LendingClub Corporation,    595 Market Street, Suite 200,    Attention Bankruptcy,
                 San Francisco, CA 94105-2807
5252665        +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
5252672        +PHY med Health Care Group,    PO Box 639012,    Cincinnati, OH 45263-9012
5252671        +Penn State Hershey Phy. Grp.,    500 University Drive,    Hershey, PA 17033-2360
5252673        +Physicians Billing / Wellspan,    1803 Mount Rose Avenue, Suite B3,    York, PA 17403-3051
5258838        +SunTrust Bank,    Bankruptcy Dept.,    P.O. Box 85092,    Richmond, VA 23286-0001
5252674        +Suntrust,    600 W Broadway Ste 2000,    San Diego, CA 92101-3358
5252676        +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
5252677        +Wellspan Health,    1001 S. George Street,    York, PA 17403-3676
5252678        +White Rose Ob/Gyn Associates,    1225 E. Market Street,    York, PA 17403-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2019 19:14:37
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5252651        +E-mail/Text: bankruptcynotice@1fbusa.com Dec 17 2019 19:12:11     1st Financial Bk Usa,
                 363 W Anchor Dr,    North Sioux City, SD 57049-5154
5252652        +E-mail/Text: backoffice@affirm.com Dec 17 2019 19:12:25     Affirm Inc,
                 650 California St Fl 12,    San Francisco, CA 94108-2716
5252658        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 17 2019 19:12:07      Comenitycb/overstock,
                 Po Box 182120,    Columbus, OH 43218-2120
5254016         E-mail/Text: mrdiscen@discover.com Dec 17 2019 19:12:03     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
5252660        +E-mail/Text: mrdiscen@discover.com Dec 17 2019 19:12:03     Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
5252648         E-mail/Text: cio.bncmail@irs.gov Dec 17 2019 19:12:05     Internal Revenue Service,
                 Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
5277610         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 17 2019 19:14:38      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5252662        +E-mail/Text: bk@lendingclub.com Dec 17 2019 19:12:18     Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
5252663        +E-mail/Text: bankruptcy@lightstream.com Dec 17 2019 19:12:21      Lightstream,
                 303 Peachtree Street Northeast,    Atlanta, GA 30308-3201
5252664         E-mail/Text: camanagement@mtb.com Dec 17 2019 19:12:07     M & T Bank,    P.o. Box 1288,
                 Buffalo, NY 14240
5273954         E-mail/Text: camanagement@mtb.com Dec 17 2019 19:12:07     M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
5252666        +E-mail/Text: unger@members1st.org Dec 17 2019 19:12:21     Members 1st F C U,    5000 Louise Dr,
                 Mechanicsburg, PA 17055-4899
5255524        +E-mail/Text: bankruptcy@nbtbank.com Dec 17 2019 19:12:17     NBT BANK NA,    52 SOUTH BROAD ST,
                 NORWICH, NY 13815-1699
5252667        +E-mail/PDF: pa_dc_claims@navient.com Dec 17 2019 19:14:48     Navient,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
5252668        +E-mail/Text: bankruptcy@nbtbank.com Dec 17 2019 19:12:17     Nbt Bank Na,    20 Mohawk St,
                 Canajoharie, NY 13317-1144
5277662         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2019 19:14:59
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5252670        +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2019 19:14:46     PayPal Credit,    P.O. Box 5018,
                 Lutherville Timonium, MD 21094-5018
5252669         E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2019 19:14:47     Paypal,   PO  Box 71202,
                 Charlotte, NC 28272-1202
5275347         E-mail/Text: bnc-quantum@quantum3group.com Dec 17 2019 19:12:09
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
5274915         E-mail/PDF: pa_dc_claims@navient.com Dec 17 2019 19:14:59     SLM BANK,
                 C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
5252675        +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2019 19:14:47     Syncb/oldnavydc,    Po Box 965005,
                 Orlando, FL 32896-5005
5252767        +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2019 19:14:47     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5279278        +E-mail/Text: bncmail@w-legal.com Dec 17 2019 19:12:15     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0314-1           User: DaneishaD            Page 2 of 2                Date Rcvd: Dec 17, 2019
                               Form ID: ntcnfhrg          Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5252649        +E-mail/Text: kcm@yatb.com Dec 17 2019 19:12:03      York Adams Tax Bureau,    PO BOX 15627,
                 York, PA 17405-0156
                                                                                             TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5278160*       +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Erin Rena Ball dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Adam Christopher Ball dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Erin Rena Ball,
fka Erin Grimm,

**Debtor 1**

Adam Christopher Ball,

**Debtor 2**

Chapter 13

Case No. 1:19−bk−04194−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 22, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 17, 2019 |

ntcnfhrg (03/18)