WWR# 040570337

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    CASE NO. 19-04194-HWV
ERIN RENA BALL,
ADAM CHRISTOPHER BALL,
                 Debtors,                CHAPTER 13

CITIZENS BANK, N.A.,
                 Movant

ERIN RENA BALL,
ADAM CHRISTOPHER BALL,
Respondents/Debtors
CHARLES J DEHART, III, Standing Trustee
Additional Respondent

## ANSWER TO MOTION BY CITIZENS BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)

AND NOW, the Debtors, by and through their attorney, file this Answer:

1.      Admitted.

2.      Admitted.

3.      Admitted.
4.      Denied. Debtors were under the impression their lender had granted them a Covid19 forbearance.

5.      Debtors do not have personal knowledge of the exact balance owed.

6.      Admitted.

7.      Denied; Debtors were not under an obligation as the lender provided them with a Covid19 forbearance.

8. Admitted; Debtors and Counsel have been discussing their options via email.

9. Denied.

WHEREFORE, Debtors respectfully request this Honorable Court dismiss the Motion for Relief from Stay.

Respectfully Submitted:

/s/ Dawn M. Cutaia
Attorney for Debtors
717-304-1841
dmcutaia@gmail.com
Supreme Court ID 77965
115 E. Philadelphia Street
York PA 17401