UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ERIN RENA BALL
          AKA: FKA ERIN GRIMM
          ADAM CHRISTOPHER BALL

                    Debtor(s)

                                                    CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant                                    CASE NO: 1-19-04194-HWV

vs.

ERIN RENA BALL
AKA: FKA ERIN GRIMM   ADAM
CHRISTOPHER BALL

          Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on September 9, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    September 9, 2021              Respectfully submitted,

                                         /s/   James K. Jones, Esquire
                                         ID:  39031
                                         Attorney for Movant
                                         Jack N. Zaharopoulos
                                         Standing Chapter 13 Trustee
                                         8125 Adams Drive, Suite A
                                         Hummelstown, PA 17036
                                         Phone:  (717) 566-6097
                                         Fax:  (717) 566-8313
                                         eMail:  jjones@pamd13trustee.com

IN RE:     ERIN RENA BALL
AKA: FKA ERIN GRIMM
ADAM CHRISTOPHER BALL     CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS     CASE NO: 1-19-04194-HWV
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

October 13, 2021 at 09:35 AM
Bankruptcy Courtroom
Ronald Reagan Federal Bldg
3rd Floor, 228 Walnut Street
Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 3911.25**
**AMOUNT DUE FOR THIS MONTH: $1303.75**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $5215.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed

with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  September 9, 2021

eMail:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ERIN RENA BALL
           AKA: FKA ERIN GRIMM
           ADAM CHRISTOPHER BALL      CHAPTER 13

                       Debtor(s)

JACK N. ZAHAROPOULOS            CASE NO: 1-19-04194-HWV
CHAPTER 13 TRUSTEE
                       Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 9, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

                                   Served Electronically

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK, PA 17401- | UNITED STATES TRUSTEE<br>SUITE 1190<br>228 WALNUT STREET<br>HARRISBURG, PA 17101 |

                                  Served by First Class Mail

ERIN RENA BALL
ADAM CHRISTOPHER BALL
214 LARTRY DR
RED LION, PA 17356

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 9, 2021                 Bobbie Weigel
                                            for Jack N. Zaharopoulos, Trustee
                                            Suite A, 8125 Adams Dr.
                                            Hummelstown, PA 17036
                                            Phone: (717) 566-6097
                                            eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ERIN RENA BALL
         AKA: FKA ERIN GRIMM
         ADAM CHRISTOPHER BALL                           CHAPTER 13

         Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                  Movant                                 CASE NO: 1-19-04194-HWV

vs.

         ERIN RENA BALL                                  MOTION TO DISMISS
         AKA: FKA ERIN GRIMM
         ADAM CHRISTOPHER BALL


## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.