**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Erin Rena Ball                                    Chapter 13
Adam Christopher Ball
                        Debtors                   1:19-bk-04194


Erin Rena Ball                                    Motion to Extend Time
Adam Christopher Ball
                        Movants


### AMENDED NOTICE OF MOTION TO MODIFY PLAN POST CONFIRMATION


The Debtors filed a Motion to Modify Plan with a proposed 2nd Amended Plan attached as an Exhibit on **November 9, 2021**. The Proposed 2nd Amended Plan proposes to reduce Debtors' payment since they are getting divorced and now living separate and apart.

If you object to the relief requested, you must file your objection/response on or before **DECEMBER 7, 2021,** with the Clerk of Bankruptcy Court Ronald Reagan Federal Building 228 Walnut Street Rm 320 Harrisburg, PA 17101 and serve a copy on Dawn Cutaia, Counsel for Debtor, at the address below.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing and may grant the relief requested.

**Date of Notice: November 16, 2021**                    Respectfully Submitted:
                                                          /s/ Dawn M. Cutaia
                                                          Attorney for Debtors
                                                          115 E. Philadelphia Street
                                                          York, PA 17401
                                                          dmcutaia@gmail.com
                                                          717-304-1841