UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ERIN RENA BALL
        AKA: FKA ERIN GRIMM
        ADAM CHRISTOPHER BALL

                    Debtor(s)
                                                    CHAPTER 13
        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                    Movant                          CASE NO: 1-19-04194-HWV

vs.

        ERIN RENA BALL
        AKA: FKA ERIN GRIMM   ADAM
        CHRISTOPHER BALL

                    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on December 13, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   December 13, 2021                Respectfully submitted,

                                          /s/   James K. Jones, Esquire
                                          ID:  39031
                                          Attorney for Movant
                                          Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA 17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     ERIN RENA BALL
            AKA: FKA ERIN GRIMM
            ADAM CHRISTOPHER BALL         CHAPTER 13

                       Debtor(s)

        JACK N. ZAHAROPOULOS         CASE NO: 1-19-04194-HWV
        CHAPTER 13 TRUSTEE
                    Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        January 12, 2022 at 09:35 AM
        Bankruptcy Courtroom
        Ronald Reagan Federal Bldg
        3rd Floor, 228 Walnut Street
        Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

        **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2354.58**
        **AMOUNT DUE FOR THIS MONTH: $392.43**
        **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2747.01**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to:
            **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

        If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed

with the Court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:  December 13, 2021

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     ERIN RENA BALL
            AKA: FKA ERIN GRIMM
            ADAM CHRISTOPHER BALL        CHAPTER 13

                            Debtor(s)

JACK N. ZAHAROPOULOS                   CASE NO: 1-19-04194-HWV
CHAPTER 13 TRUSTEE
                 Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 13, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties at Hummelstown, PA, unless served electronically.

                                       Served Electronically

DAWN MARIE CUTAIA, ESQUIRE                UNITED STATES TRUSTEE
115 EAST PHILADELPHIA STREET                 SUITE 1190
YORK, PA  17401-                                        228 WALNUT STREET
                                                                      HARRISBURG, PA  17101

                                   Served by First Class Mail

ERIN RENA BALL
ADAM CHRISTOPHER BALL
214 LARTRY DR
RED LION, PA  17356


I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 13, 2021                           <u>Liz Joyce</u>
                                                          for Jack N. Zaharopoulos, Trustee
                                                          Suite A, 8125 Adams Dr.
                                                          Hummelstown, PA  17036
                                                          Phone:  (717) 566-6097
                                                          eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIN RENA BALL
AKA: FKA ERIN GRIMM
ADAM CHRISTOPHER BALL

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-19-04194-HWV

vs.

ERIN RENA BALL
AKA: FKA ERIN GRIMM
ADAM CHRISTOPHER BALL

MOTION TO DISMISS

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.