# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erin Rena Ball | Chapter 13 |
| Adam Christopher Ball | |
| Debtors | 1:19-bk-04194 |
| | |
| Erin Rena Ball | Motion to Extend Time |
| Adam Christopher Ball | |
| Movants | |

### AMENDED NOTICE OF MOTION TO MODIFY PLAN POST CONFIRMATION

The Debtors filed a Motion to Modify Plan with a proposed 3rd Amended Plan attached as an Exhibit on **January 11, 2022**. The Proposed 3rd Amended Plan proposes to reduce Debtors' payment since they are getting divorced and now living separate and apart.

If you object to the relief requested, you must file your objection/response on or before **FEBRUARY 11, 2022,** with the Clerk of Bankruptcy Court Ronald Reagan Federal Building 228 Walnut Street Rm 320 Harrisburg, PA 17101 and serve a copy on Dawn Cutaia, Counsel for Debtor, at the address below.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing and may grant the relief requested.

**Date of Notice: 1/21/2022**

Respectfully Submitted:
/s/ Dawn M. Cutaia
Attorney for Debtors
115 E. Philadelphia Street
York, PA 17401
dmcutaia@gmail.com
717-304-1841