UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ERIN RENA BALL
ADAM CHRISTOPHER BALL

Debtor(s)

CASE NO. 19-bk-04194-HWV

CHAPTER 13

## WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE WITHOUT PREJUDICE

Kindly withdraw the appearance of James Valecko as attorney for CITIZENS BANK, N.A. and enter Milos Gvozdenovic as attorney for CITIZENS BANK, N.A. without prejudice in all matters for the duration of this bankruptcy case.

Date: 10/11/2023

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ERIN RENA BALL
ADAM CHRISTOPHER BALL
          Debtor(s)

CASE NO. 19-bk-04194-HWV

CHAPTER 13

## CERTIFICATE OF SERVICE

I, Milos Gvozdenovic Esquire, attorney for CITIZENS BANK, N.A., do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance without prejudice has been served on October 11, 2023, upon those listed below:

**Service by First-Class Mail**:

ERIN RENA BALL, Debtor
214 Lartry Dr
Red Lion, PA 17356

ADAM CHRISTOPHER BALL, Co-Debtor
214 Lartry Dr
Red Lion, PA 17356

**and Service by NEF/ECF**:

Dawn Marie Cutaia, Debtors Attorney at dmcutaia@gmail.com
Jack N Zaharopoulos, Trustee at info@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com