# UNITED STATES BANKRUPTCY COURT

### _____Middle_____ District Of _Pennsylvania_

In re __Erin Rena Ball and Adam Ball__

Debtor

Case No. _19-04194-HWV_

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address:_____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

---

\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _____
                Date

Adam Ball (Oct 26, 2024 10:15 EDT)
_____
                Debtor

# Fillable blank cert no support

Final Audit Report                                                    2024-10-26

| | |
|---|---|
| Created: | 2024-10-26 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAmeeNviuRKbS4QgRcwrvu2Z_LlfDpbpSC |

## "Fillable blank cert no support" History

Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
2024-10-26 - 2:13:52 PM GMT

Document emailed to adamball717@gmail.com for signature
2024-10-26 - 2:14:10 PM GMT

Email viewed by adamball717@gmail.com
2024-10-26 - 2:14:47 PM GMT

Signer adamball717@gmail.com entered name at signing as Adam Ball
2024-10-26 - 2:15:28 PM GMT

Document e-signed by Adam Ball (adamball717@gmail.com)
Signature Date: 2024-10-26 - 2:15:30 PM GMT - Time Source: server

Agreement completed.
2024-10-26 - 2:15:30 PM GMT

**Adobe Acrobat Sign**