United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Erin Rena Ball  
Adam Christopher Ball  
    Debtors

Case No. 19-04194-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Oct 28, 2024     Form ID: 3180W     Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erin Rena Ball, 214 Lartry Dr, Red Lion, PA 17356-8918 |
| jdb | #+ | Adam Christopher Ball, 214 Lartry Dr, Red Lion, PA 17356-8918 |
| 5252654 | + | Choedel, MD, PO Box 14099, Belfast, ME 04915-4034 |
| 5252659 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 5252661 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 5252672 | + | PHY med Health Care Group, PO Box 639012, Cincinnati, OH 45263-9012 |
| 5252671 | + | Penn State Hershey Phy. Grp., 500 University Drive, Hershey, PA 17033-2360 |
| 5252673 | + | Physicians Billing / Wellspan, 1803 Mount Rose Avenue, Suite B3, York, PA 17403-3051 |
| 5252674 | + | Suntrust, 600 W Broadway Ste 2000, San Diego, CA 92101-3358 |
| 5252678 | + | White Rose Ob/Gyn Associates, 1225 E. Market Street, York, PA 17403-1250 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 28 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5252651 | + | Email/Text: bankruptcynotice@1fbusa.com | Oct 28 2024 18:46:00 | 1st Financial Bk Usa, 363 W Anchor Dr, North Sioux City, SD 57049-5154 |
| 5252652 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 28 2024 19:02:50 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5252653 | + | EDI: TSYS2 | Oct 28 2024 22:39:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 5256018 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 28 2024 18:45:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5252656 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 28 2024 18:45:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886 |
| 5252657 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 28 2024 18:45:00 | Citizens One, Po Box 42033, Providence, RI 02940 |
| 5252655 | + | EDI: CITICORP | Oct 28 2024 22:39:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 5252658 | + | EDI: WFNNB.COM | Oct 28 2024 22:39:00 | Comenitycb/overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 5252650 | | EDI: PENNDEPTREV | Oct 28 2024 22:39:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5252650 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2024 18:46:00 | Department of Revenue, 1 Revenue Place, |

| Recipient # | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Harrisburg, PA 17129-0001 |
| 5254016 | | EDI: DISCOVER | Oct 28 2024 22:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5252660 | + | EDI: DISCOVER | Oct 28 2024 22:39:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5252648 | | EDI: IRS.COM | Oct 28 2024 22:39:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5277610 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2024 18:51:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5252662 | + | EDI: LENDNGCLUB | Oct 28 2024 22:39:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 5277493 | + | EDI: LENDNGCLUB | Oct 28 2024 22:39:00 | LendingClub Corporation, 595 Market Street, Suite 200, Attention Bankruptcy, San Francisco, CA 94105-2802 |
| 5252663 | + | Email/Text: bankruptcy@lightstream.com | Oct 28 2024 18:46:00 | Lightstream, 303 Peachtree Street Northeast, Atlanta, GA 30308-3253 |
| 5252665 | + | Email/Text: camanagement@mtb.com | Oct 28 2024 18:45:00 | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 5252664 | | Email/Text: camanagement@mtb.com | Oct 28 2024 18:45:00 | M & T Bank, P.o. Box 1288, Buffalo, NY 14240 |
| 5273954 | | Email/Text: camanagement@mtb.com | Oct 28 2024 18:45:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5252666 | + | Email/Text: unger@members1st.org | Oct 28 2024 18:46:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5255524 | + | Email/Text: bankruptcy@nbtbank.com | Oct 28 2024 18:46:00 | NBT BANK NA, 52 SOUTH BROAD ST, NORWICH, NY 13815-1699 |
| 5252667 | + | Email/PDF: bankruptcy_prod@navient.com | Oct 28 2024 18:51:52 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 5252668 | + | Email/Text: bankruptcy@nbtbank.com | Oct 28 2024 18:46:00 | Nbt Bank Na, 20 Mohawk St, Canajoharie, NY 13317-1144 |
| 5277662 | | EDI: PRA.COM | Oct 28 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5252670 | + | EDI: SYNC | Oct 28 2024 22:39:00 | PayPal Credit, P.O. Box 5018, Lutherville Timonium, MD 21094-5018 |
| 5252669 | | EDI: SYNC | Oct 28 2024 22:39:00 | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 5275347 | | EDI: Q3G.COM | Oct 28 2024 22:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5274915 | | Email/PDF: bankruptcy_prod@navient.com | Oct 28 2024 19:02:45 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5258838 | + | Email/Text: bankruptcy@bbandt.com | Oct 28 2024 18:45:00 | SunTrust Bank, Bankruptcy Dept., P.O. Box 85092, Richmond, VA 23286-0001 |
| 5252675 | + | EDI: SYNC | Oct 28 2024 22:39:00 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 5252767 | ^ | MEBN | Oct 28 2024 18:42:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5278160 | + | EDI: AIS.COM | Oct 28 2024 22:39:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5279278 | + | Email/Text: bncmail@w-legal.com | Oct 28 2024 18:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

| Recip ID | | Bypass/Delivery | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 400, SEATTLE, WA 98121-3132 |
| 5252676 | + | EDI: WTRRNBANK.COM | Oct 28 2024 22:39:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5252677 | + | Email/Text: bankruptcynotification@wellspan.org | Oct 28 2024 18:45:00 | Wellspan Health, 1001 S. George Street, York, PA 17403-3676 |
| 5252649 | + | Email/Text: kcm@yatb.com | Oct 28 2024 18:45:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Synchrony Bank by AIS InfoSource LP as agent |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Dawn Marie Cutaia | on behalf of Debtor 1 Erin Rena Ball dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Adam Christopher Ball dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Milos Gvozdenovic | on behalf of Creditor Citizens Bank N.A. mgvozdenovic@weltman.com, pitecf@weltman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Erin Rena Ball<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7647<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | Adam Christopher Ball<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3276<br>EIN  __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-04194-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Erin Rena Ball
fka Erin Grimm

Adam Christopher Ball

10/28/24

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2