Fill in this information to identify the case:

Debtor 1  Erin Rena Ball

Debtor 2  Adam Christopher Ball
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number  19-04194 HWV

Form 4100R

# Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** M&T Bank

**Court claim no. (if known):** 6

**Last 4 digits** of any number you use to identify the debtor's account: 1942

**Property address:**
214 Lartry Drive
Red Lion, PA 17356

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  11 / 01 / 2024

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:   (a)  $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b)  $ _____
c. **Total.** Add lines a and b.   (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

| Debtor(s) | Erin Rena Ball and Adam Christopher Ball | Case Number (if known): 19-04194 HWV |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Brent J. Lemon*
Brent Lemon
07 Nov 2024, 12:04:51, EST

Date    11/07/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                Response to Notice of Final Cure Payment                page 2

Document ID: d8d9c0027de4d1a1cc6fc6d4cdac0dc33825b92e29ee5710710f6598568d2e3b

Case 1:19-bk-04194-HWV    Doc 90    Filed 11/11/24    Entered 11/11/24 09:00:49    Desc
Main Document    Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Erin Rena Ball fka Erin Grimm**<br>**Adam Christopher Ball**<br><br>          **Debtor(s)**<br><br>**M&T Bank**<br><br>          **Movant**<br>  **vs.**<br><br>**Erin Rena Ball fka Erin Grimm**<br>**Adam Christopher Ball**<br><br>          **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br><br>          **Trustee** | **BK NO. 19-04194 HWV**<br><br>**Chapter 13**<br><br>**Related to Claim No. 6** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 11, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Adam Christopher Ball
214 Lartry Drive
Red Lion, PA 17356

Erin Rena Ball fka Erin Grimm
214 Lartry Drive
Red Lion, PA 17356

Attorney for Debtor(s) (via ECF)
Dawn Marie Cutaia
Fresh Start law, PLLC
1423 East Market Street
York, PA 17403

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: November 11, 2024

                   **/s/ Brent J. Lemon**
                   Brent J. Lemon
                   Attorney I.D. 86478
                   KML Law Group, P.C.
                   BNY Mellon Independence Center
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106
                   (412) 475-8764
                   blemon@kmllawgroup.com