Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Erin Rena Ball |
| Debtor 2 (Spouse, if filing) | Adam Christopher Ball |
| United States Bankruptcy Court for the : | Middle | District of | Pennsylvania (State) |
| Case number | 1:19-bk-04194-HWV | | |

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** M & T Bank

**Court claim no. (if known):** 6

**Last four digits** of any number you use to identify the debtors' account: XXXXXX1942

**Date of payment change:**
Must be at least 21 days after date of this notice: 4/1/2022*

**New total payment:**
Principal, interest, and escrow, if any: $862.12

---

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtors' escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____      New escrow payment : $ _____

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☒ No
   ☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

| **Part 3:** | **Other Payment Change** |
|---|---|

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: Loan Modification

   | | | | |
   |---|---|---|---|
   | Current mortgage payment: | $ 1110.51 | New mortgage payment: | $ 862.12 |
   | Current Interest rate: | 3.87500 % | New Interest rate: | 3.50000 % |
   | Current p&i payment: | $ 623.32 | New p&i payment: | $ 467.49 |
   | Current escrow payment: | $ 487.19 | New escrow payment: | $ 394.63 |

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X __/s/Ciro A Mestres_____     Date   __06/01/2022_____
    Signature

Print:    __Ciro_____ __A_____ __Mestres_____     Title   __Authorized Agent for Creditor__
    First Name    Middle Name    Last Name

Company    __McCalla Raymer Leibert Pierce, LLC__

Address    __1544 Old Alabama Road_____
    Number    Street
    __Roswell_____ __GA_____ __30076_____
    City    State    ZIP Code

Contact phone    __678-281-6516__     Email   __Ciro.Mestres@mccalla.com__

*Under Rule 3002.1(b) of the Federal Rules of Bankruptcy Procedure, the holder of a claim shall file a notice of any change in payment amount, no later than 21 days before a payment in the new amount is due. Creditor requests that since the debtor's payment decreased on 4/1/2022 that the payment effective date is 4/1/2022.

In Re:

    Erin Rena Ball
    Adam Christopher Ball

## CERTIFICATE OF SERVICE

I, Ciro A Mestres, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Erin Rena Ball
214 Lartry Drive
Red Lion, PA 17356

Adam Christopher Ball
214 Lartry Drive
Red Lion, PA 17356

Dawn Marie Cutaia                     *(served via ECF Notification)*
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404

Jack N Zaharopoulos (Trustee)        *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee                 *(served via ECF Notification)*
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    <u>06/02/2022</u>    By:    */s/Ciro A Mestres*
                  (date)                   Ciro A Mestres
                                      Authorized Agent for Creditor

REPRESENTATION OF PRINTED DOCUMENT

 **M&T** Bank

P.O. Box 619063, Dallas, TX 75261-9063
DO NOT SEND MAIL TO THIS ADDRESS.



ERIN R BALL
ADAM C BALL
214 LARTRY DR
RED LION PA 17356-8918

**Please review — important changes to
your mortgage loan payment.**

Loan Number ███████

**Property Address:**
214 Lartry Drive
Red Lion, PA 17356

**Statement Date:** 05/18/2022
**New Payment Effective Date:** 04/01/2022

Dear Erin R Ball and Adam C Ball,

Your relationship is important to us and we appreciate the opportunity to service your home financing needs. This statement provides details on your escrow account history, as well as our projections for your property tax and homeowner's insurance obligations for the next 12 months.

Based on our review, there is a shortage of funds in your escrow account, which was caused by changes in your taxes, insurance or escrow deposits. **Your mortgage payment is changing — please see details below.**

| CHOOSE YOUR MORTGAGE PAYMENT OPTION: | | **Option 1**<br>Pay your escrow shortage of $92.74 in full now. | **Option 2**<br>Spread your escrow shortage of $92.74 over the next 12 payments. |
|---|---|---|---|
| Payment Information | Current Monthly Payment | New Monthly Payment beginning on 04/01/2022 | New Monthly Payment beginning on 04/01/2022 |
| Principal & Interest: | $467.49 | $467.49 | $467.49 |
| Escrow Payment: | $484.47 | $393.08 | $393.08 |
| Escrow Shortage: | $0.00 | $0.00 | $1.55 |
| **Total Payment:** | **$951.96** | **$860.57** | **$862.12** |

To help you better understand your statement, as well as escrow accounts in general, please review the enclosed "Helpful Information" page or visit mtb.com/escrow-faqs. If you have any other questions, please call us at 1-800-411-7627, Monday-Friday, 8:30am-9:00pm ET, or write to us at M&T Bank, P.O. Box 1288, Buffalo, NY 14240.

Thank you for being our customer. We take great pride in being your mortgage partner.

| **Quick and easy payment options:** |  **ONLINE** at mtb.com |  **CALL** 1-800-411-7627 |  **STOP BY** any M&T branch |
|---|---|---|---|

INTERNET REPRINT

**M&T** Bank

**SHORTAGE PAYMENT SLIP**

If you'd like to pay your shortage in full, please submit this payment slip with your check to the address below or use one of the quick and easy payment options listed above. The funds will be applied immediately, however your mortgage statement may not reflect changes until the analysis effective date.

M&T BANK
PO BOX 64787
BALTIMORE MD 21264-4787

**Borrower(s):**
ERIN R BALL
ADAM C BALL

**Loan Number** ███████

**Payment Amount Due:** $92.74



## YOUR ACCOUNT HISTORY

Below are the previous escrow projections (including anticipated escrow activity that may occur before your New Payment Effective Date listed on page 1) and the actual escrow activity to date. Comparing the two can determine where a difference may have occurred.

### Activity Summary

| Month & Year | Projected Payment to Escrow | Actual Payment to Escrow | Description | Projected Disbursement | Actual Disbursement | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | $1,477.92 | -$1,941.36 |
| Dec 2020 | $484.47 | * | Risk Bsd FHA | $114.99 | * | $1,847.40 | -$1,941.36 |
| Dec 2020 | | | Risk Bsd FHA | | $114.99 * | $1,847.40 | -$2,056.35 |
| Dec 2020 | | | Hazard Ins | | $813.00 * | $1,847.40 | -$2,869.35 |
| Jan 2021 | $484.47 | * | Risk Bsd FHA | $114.99 | * | $2,216.88 | -$2,869.35 |
| Jan 2021 | | | Hazard Ins | $730.00 | * | $1,486.88 | -$2,869.35 |
| Jan 2021 | | | Risk Bsd FHA | | $114.99 * | $1,486.88 | -$2,984.34 |
| Feb 2021 | $484.47 | $483.80 * | Risk Bsd FHA | $114.99 | $114.99 | $1,856.36 | -$2,615.53 |
| Mar 2021 | $484.47 | * | Risk Bsd FHA | $114.99 | * | $2,225.84 | -$2,615.53 |
| Mar 2021 | | | Risk Bsd FHA | | $111.73 * | $2,225.84 | -$2,727.26 |
| Mar 2021 | | | County Tax | | $885.49 * | $2,225.84 | -$3,612.75 |
| Apr 2021 | $484.47 | * | Risk Bsd FHA | $114.99 | * | $2,595.32 | -$3,612.75 |
| Apr 2021 | | | County Tax | $885.49 | * | $1,709.83 | -$3,612.75 |
| Apr 2021 | | | Risk Bsd FHA | | $111.73 * | $1,709.83 | -$3,724.48 |
| May 2021 | $484.47 | $483.80 * | Risk Bsd FHA | $114.99 | * | $2,079.31 | -$3,240.68 |
| May 2021 | | | Risk Bsd FHA | | $111.73 * | $2,079.31 | -$3,352.41 |
| Jun 2021 | $484.47 | * | Risk Bsd FHA | $114.99 | * | $2,448.79 | -$3,352.41 |
| Jun 2021 | | | Risk Bsd FHA | | $111.73 * | $2,448.79 | -$3,464.14 |
| Jul 2021 | $484.47 | * | Risk Bsd FHA | $114.99 | * | $2,818.27 | -$3,464.14 |
| Jul 2021 | | | Risk Bsd FHA | | $111.73 * | $2,818.27 | -$3,575.87 |
| Aug 2021 | $484.47 | * | Risk Bsd FHA | $114.99 | * | $3,187.75 | -$3,575.87 |
| Aug 2021 | | | Risk Bsd FHA | | $111.73 * | $3,187.75 | -$3,687.60 |
| Aug 2021 | | | School Tax | | $2,818.27 * | $3,187.75 | -$6,505.87 |
| Sep 2021 | $484.47 | * | Risk Bsd FHA | $114.99 | * | $3,557.23 | -$6,505.87 |
| Sep 2021 | | | School Tax | $2,818.27 | * | $738.96 | -$6,505.87 |
| Sep 2021 | | | Risk Bsd FHA | | $111.73 * | $738.96 | -$6,617.60 |
| Oct 2021 | $484.47 | * | Risk Bsd FHA | $114.99 | * | $1,108.44 | -$6,617.60 |
| Oct 2021 | | | Risk Bsd FHA | | $111.73 * | $1,108.44 | -$6,729.33 |
| Nov 2021 | $484.47 | * | Risk Bsd FHA | $114.99 | * | $1,477.92 | -$6,729.33 |
| Nov 2021 | | | Risk Bsd FHA | | $111.73 * | $1,477.92 | -$6,841.06 |
| Dec 2021 | | | Risk Bsd FHA | | $111.73 * | $1,477.92 | -$6,952.79 |

**The total amount of escrow payments received during this period was $967.60
and the total escrow disbursements were $7,184.83.**

*Indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.

*(Continued on the following page)*



**M&T Bank**

**Annual Escrow Account
Disclosure Statement**

**Page 3 of 5**
ERIN R BALL
Loan Number
Statement Date: 05/18/22

### Activity Summary (Continued)

| Month & Year | Projected Payment to Escrow | Actual Payment to Escrow | Description | Projected Disbursement | Actual Disbursement | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| Dec 2021 | | | Hazard Ins | | $874.00 * | $1,477.92 | -$7,826.79 |
| Jan 2022 | | | Risk Bsd FHA | | $111.73 * | $1,477.92 | -$7,938.52 |
| Feb 2022 | | | Risk Bsd FHA | | $111.73 * | $1,477.92 | -$8,050.25 |
| Mar 2022 | | | Risk Bsd FHA | | $108.34 * | $1,477.92 | -$8,158.59 |

**The total amount of escrow payments received during this period was $967.60
and the total escrow disbursements were $7,184.83.**

*Indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.

Borrower Paid Mortgage Insurance Premium: Your mortgage loan requires a borrower paid mortgage insurance premium ("MIP").
MIP is insurance from the Federal Housing Administration ("FHA") that protects lenders against loss in the event a borrower defaults on a mortgage.

**Effective for all loans closed on or after January 1, 2001, FHA annual MIP will be automatically cancelled under the following conditions:
Loans with FHA case numbers assigned before June 3, 2013:**
- Mortgage loan terms greater than 15 years: the annual MIP will be cancelled when the loan to value ratio reaches 78%, provided the mortgagor has paid the annual mortgage insurance premium for at least five years.
- Mortgage loan terms less than or equal to 15 years with a loan to value ratio greater than 78%: the annual MIP will be cancelled when the loan to value ratio reaches 78%.

**FHA will determine when you have reached the 78% loan to value ratio based on the lower of the sales price or appraised value
at origination.** New appraised values will not be considered. Cancellation of the annual mortgage insurance premium will normally be based on the scheduled amortization of the loan. However, in cases where additional payments have been applied to the loan balance as a prepayment, cancellation can be based on the actual amortization of the loan. If you have prepaid and believe you have met the requirements for cancelling the FHA insurance, please send a written request to us at P.O. Box 1288, Buffalo, NY 14240.

**Loans with FHA case numbers assigned on or after June 3, 2013:**
- Mortgage loan terms greater than 15 years with loan to value ratio greater than 90%: duration of the annual MIP is the loan term.
- Mortgage loan terms greater than 15 years with loan to value ratio less than or equal to 90%: duration of the annual MIP is 11 years.
- Mortgage loan terms less than or equal to 15 years with loan to value ratio greater than 90%: duration of the annual MIP is the loan term.
- Mortgage loan terms less than or equal to 15 years with loan to value ratio less than or equal to 90%: duration of the annual MIP is 11 years.

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

INTERNAL REPRINT

THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK



**Annual Escrow Account
Disclosure Statement**

**Page 4 of 5**
ERIN R BALL
Loan Number █████████
Statement Date: 05/18/22



## PROJECTED ESCROW PAYMENTS OVER THE NEXT 12 MONTHS

### Anticipated Annual Disbursements

| | |
|---|---|
| Taxes: | $2,818.27 |
| Hazard Ins: | $874.00 |
| Total: | $3,692.27 |

As allowed by federal law (RESPA), our projections include an escrow reserve (or cushion) equal to two monthly escrow payments (excluding MIP/PMI), unless state law specifies a lower amount.

### Projected Escrow Balance Summary

M&T Bank expects to pay $3,692.27 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total taxes and insurance: | $3,692.27 |
| Divided by 12 monthly payments: | $393.08 |
| **\*New Monthly Escrow Payment:** | **$393.08** |

### Anticipated Activity Summary

Projections for the coming year: The following summary shows anticipated activity in your escrow account for the next 12 months, which was used to calculate your payment above.

| Month & Year | *Monthly Escrow Payment | Amount Scheduled to be Paid | Description | Projection Based on Current Balance | Projection Based on Required Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | **$1,153.20** | **$1,245.94** |
| Apr 2022 | $393.08 | | | $1,546.28 | $1,639.02 |
| May 2022 | $393.08 | | | $1,939.36 | $2,032.10 |
| Jun 2022 | $393.08 | | | $2,332.44 | $2,425.18 |
| Jul 2022 | $393.08 | | | $2,725.52 | $2,818.26 |
| Aug 2022 | $393.08 | | | $3,118.60 | $3,211.34 |
| **Sep 2022** | **$393.08** | **$2,818.27** | **School Tax** | **$693.41** | **$786.15** |
| Oct 2022 | $393.08 | | | $1,086.49 | $1,179.23 |
| Nov 2022 | $393.08 | | | $1,479.57 | $1,572.31 |
| Dec 2022 | $393.08 | | | $1,872.65 | $1,965.39 |
| Jan 2023 | $393.08 | $874.00 | Hazard Ins | $1,391.73 | $1,484.47 |
| Feb 2023 | $393.08 | | | $1,784.81 | $1,877.55 |
| Mar 2023 | $393.08 | | | $2,177.89 | $2,270.63 |

### Escrow Requirements, New Mortgage Payment and Anticipated Annual Disbursements:

| | |
|---|---|
| Projected Beginning Balance | $1,153.20 |
| - Required Minimum Balance | $1,245.94 |
| **Shortage Amount** | **$92.74** |

Your lowest monthly escrow balance for the next 12 months should reach $786.15, which equals a total of two months' escrow payments. To reach this balance, your required escrow amount after your Mar 2022 payment should be $1,245.94, whereas your actual escrow balance is $1,153.20. The difference, $92.74, represents the amount needed in your escrow account and will be spread over the next 60 payments unless this amount is paid in full.

REPRESENTATION OF PRINTED DOCUMENT



THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK

Equal Housing Lender. ©2022 M&T Bank. Member FDIC.
INTERNET REPRINT

To help you better understand your statement, as well as escrow accounts in general, answers to some of the most frequently asked questions are listed below.

**Q Why am I getting this statement?**

**A** Mortgage lenders are required by regulations to perform an annual review of your account and provide a hard copy statement for your records.

**Q How does an escrow account work?**

**A** A mortgage escrow account allows you to pay ongoing property tax and homeowner's insurance costs within your monthly mortgage payments. These additional funds accumulate in your escrow account, managed by M&T, and we pay property taxes, homeowner's insurance and any mortgage insurance on your behalf when they are due.

**Q How is my escrow payment determined?**

**A** To determine the appropriate funds are collected for the escrow portion of your payment, we use the following calculation:

*12 months of anticipated escrow payments, accounting for any existing escrow balance*
**+** *escrow reserve*
**÷** *12*
**=** *monthly escrow payment*

The escrow reserve (or escrow cushion) is the amount of money collected to cover any unanticipated increases in your real estate tax or insurance premium payment. It acts as a buffer and helps to prevent your escrow account from being overdrawn. An escrow reserve exists on your account unless your mortgage documents or state law applies and is generally a two-month escrow payment.

**Q What causes escrow payments to change from year to year?**

**A** Your escrow payment may increase for several reasons. The most common reasons are:

• Increases in your property taxes, insurance premiums, or your property's tax assessment

• Changes in your insurance carrier or your tax due date

• Fewer deposits to escrow than expected

Even though taxes or insurance may go down from the previous year, it doesn't mean escrow payments will also decrease. Analysis calculations for tax and/or insurance are based on last amount(s) paid, or where applicable, from the prior servicer or from closing documents. If you have received more recently updated information from your tax assessor, please forward it to eta@mtb.com.

**TIP:** Municipalities offer a few common tax exemptions for disability, homestead, senior and veteran status. Check with your local tax office to see if you are eligible for these, or any other exemptions.

**Q If there is an escrow shortage, what do I need to do?**

**A** You are not required to pay the escrow shortage in full.

If you do not want to submit the full shortage amount, the escrow shortage will be spread equally over 12 months of payments and your new payment will be higher for the coming year.

If you choose to submit the full shortage amount (partial payments are not permitted), you have two payment options:

• **Online:** Log in to your M&T Online or Mobile Banking account, select your mortgage account and click the "View My Mortgage Info" button. At the top left of the next screen, select "Make A Payment." Your mortgage loan must be current to use this option.

• **By Mail:** Send a check, made payable to M&T Bank with "escrow shortage payment" and the loan number noted on the memo line, to: M&T Bank, Escrow Department, P.O. Box 64787, Baltimore, MD 21264-4787. If you are paying your escrow shortage, the funds will be applied immediately, however your mortgage statement may not reflect changes until the analysis effective date.

**PLEASE NOTE:** Paying the full shortage amount will adjust your account resulting in the smallest possible increase in your monthly mortgage payment amount. It's important to keep in mind that any increase in your real estate tax amounts and/or insurance premium(s) may cause your payment amount to change even if you pay your shortage amount.

**Q Why do I have an escrow overage (surplus of funds) in my account?**

**A** An overage occurs if the current funds and future payments to your escrow account are estimated to exceed the anticipated tax and insurance payments for the next 12 months (escrow analysis period). An overage may occur if taxes or insurance premiums were lower than estimated. When the escrow analysis is completed, the overage amount may be sent to you as a refund check. If the surplus is less than $50, it will be credited to your payment.

## Have additional questions? We're here to help.

Go to **mtb.com/escrow-faqs** for answers to other frequently asked questions.
Or call us at **1-800-411-7627** Monday – Friday, 8:30am – 9pm ET.

We appreciate your business. Thank you for giving us the opportunity to serve your financial needs.

Equal Housing Lender. ©2022 M&T Bank. Member FDIC. NMLS #381076. AMB31 ESC 2/2022® mtb.com

M&T Bank

True and Certified Copy of the Original
sent for Recordation

Prepared By:
**M&T Bank**
**475 Crosspoint Pkwy**
**Getzville, NY 14068**

After Recording Please Return To:
**ServiceLink**
**Attn: Loan Modification Solutions**
**3220 El Camino Real**
**Irvine, CA 92602**
**800-777-8759**

Property Address:
**214 LARTRY DRIVE**
**RED LION, PA 17356**

UPI/PIN/Tax ███████████████

————————————————*[Space Above This Line For Recording Data]*————————————————

# LOAN MODIFICATION AGREEMENT
# (Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this **17th** day of **March, 2022**, between **ERIN R. BALL AKA ERIN R GRIMM, A MARRIED WOMAN AND ADAM C. BALL, A MARRIED MAN** ("Borrower") and **M&T BANK** ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") dated **January 11, 2013**, in the amount of **$132,554.00** and recorded on **January 17, 2013** in Book, Volume, or Liber No. **2212**, at Page **4449** (or as Instrument No. **2013003535**) , of the **Official** (Name of Records) Records of **York, PENNSYLVANIA** (County and State, or other jurisdiction) and (2) the Note, bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at

**214 LARTRY DRIVE, RED LION, PA 17356**

(Property Address)

---

Loan Modification Agreement—Single Family– Fannie Mae Uniform Instrument    Form 3179 1/01 (rev. 4/14)
The Compliance Source, Inc.                      Page 1 of 9    23703PA 10/01 Rev. 10/21

the real property described being set forth as follows:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1.  As of **April 1, 2022**, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$104,107.68**, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2.  Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **3.500%**, from **March 1, 2022**. Borrower promises to make monthly payments of principal and interest of U.S. **$467.49**, beginning on the 1st day of **April, 2022**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The yearly rate of **3.500%** will remain in effect until principal and interest are paid in full. If on **March 1, 2052** (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3.  If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

    If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of

this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4.     Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

    a)     all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and

    b)     all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5.     Borrower understands and agrees that:

    a)     All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

    b)     All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is

presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

c)     Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

d)     All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

e)     Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

f)     Borrower authorizes Lender, and Lender's successors and assigns, to share Borrower information including, but not limited to (i) name, address, and telephone number, (ii) Social Security Number, (iii) credit score, (iv) income, (v) payment history, (vi) account balances and activity, including information about any modification or foreclosure relief programs, with Third Parties that can assist Lender and Borrower in obtaining a foreclosure prevention alternative, or otherwise provide support services related to Borrower's loan. For purposes of this section, Third Parties include a counseling agency, state or local Housing Finance Agency or similar entity, any insurer, guarantor, or servicer that insures, guarantees, or services Borrower's loan or any other mortgage loan secured by the Property on which Borrower is obligated, or to any companies that perform support services to them in connection with Borrower's loan.

Borrower consents to being contacted by Lender or Third Parties concerning mortgage assistance relating to Borrower's loan including the trial period plan to modify Borrower's loan, at any telephone number,

including mobile telephone number, or email address Borrower has provided to Lender or Third Parties.

By checking this box, Borrower also consents to being contacted by text messaging ☑.

_Er R Ball AKA Er R Grimm_     Date: 3 /28/22

Borrower    **- ERIN R. BALL AKA ERIN R GRIMM**

_Adam C Ball_     Date: 3 /28/22

Borrower    **- ADAM C. BALL**

Certificate of Residence:

I/We do hereby certify that the precise address of the within named mortgagee, assignee or person entitled to interest is **ONE M&T PLAZA, BUFFALO, NY 14203**.

**M&T BANK**

By: _____

Its: _____

        Michael Emilianowicz
        Assistant Vice President

Loan Modification Agreement— Single Family—Fannie Mae Uniform Instrument     Form 3179 1/01 (rev. 4/14)
The Compliance Source, Inc.     Page 5 of 9     23703PA 10/01 Rev. 10/21

Case 1:19-bk-04194-HWV   Doc   Filed 06/02/22   Entered 06/02/22 09:48:40   Desc
Main Document    Page 15 of 21

# ACKNOWLEDGMENT

State of _Pennsylvania_ §
§
County of _York_ §

On this _28th_ day of _March_ , _2022_, before me, the undersigned officer, personally appeared **ERIN R. BALL AKA ERIN R GRIMM AND ADAM C. BALL**, known to me (or satisfactorily proven), to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein.

In witness whereof, I hereunto set my hand and official seal.

Notary Public

Printed Name _Brook Knaub_

Title of Officer _Notary Public_

(Seal)

My Commission Expires: _June 25 2025_

Commonwealth of Pennsylvania – Notary Seal
Brook Knaub, Notary Public
York County
My commission expires June 25, 2025
Commission number 1400303

---

Loan Modification Agreement---Single Family---Fannie Mae Uniform Instrument
The Compliance Source, Inc.
Page 6 of 9

Form 3179 1/01 (rev. 4/14)
23703PA 10/01 Rev. 10/21
©2001-2021, The Compliance Source, Inc.

**██████**

# BANKRUPTCY DISCLOSURE RIDER

THIS BANKRUPTCY DISCLOSURE RIDER is given on the **17th** day of **March, 2022**, and is incorporated into and shall be deemed to amend and supplement the Note and Security Instrument "Mortgage/Deed of Trust" of the same date made by **ERIN R. BALL AKA ERIN R GRIMM, A MARRIED WOMAN AND ADAM C. BALL, A MARRIED MAN\*** (the "Borrower") and **M&T BANK** (the "Lender), covering the property describedin the Note and Security Instrument located at:

### 214 LARTRY DRIVE, RED LION, PA 17356

In addition to covenants and agreements made in the Note and Security Instrument, Borrower and Lender covenant and agree as follows:

1. **Borrower has filed for a Chapter 13 bankruptcy and, Lender's final approval of the Note and Security Instrument is contingent upon approval by the bankruptcy court, if required.**
2. **AFTER** execution of the Note and Security Instrument, the bankruptcy court may award the Borrower a Chapter 13 bankruptcy discharge upon completion of the Chapter 13 plan payments.
3. Borrower understands and acknowledges that Borrower has had an opportunity to consult an attorney of Borrower's own choosing before Borrower executed the Note, Security Instrument and this Bankruptcy Disclosure Rider, and Borrower has either consulted with an attorney or has declined the opportunity to consult with an attorney.

Except as otherwise specifically provided in this Bankruptcy Disclosure Rider, the terms of the Note and Security Instrument will remain unchanged and in full effect.

_Erin Ball AKA Er R Grimm_

Date: 3/28/22

Borrower   - **ERIN R. BALL AKA ERIN R GRIMM**

_Adam C Ball_

Date: 3/28/22

Borrower   - **ADAM C. BALL**

ACCEPTED AND AGREED TO BY THE OWNER AND HOLDER OF SAID NOTE

**M&T BANK**

By: _____          4/11/22
Michael Emilianowicz          -Lender          Date of Lender's Signature
Assistant Vice President

## ACKNOWLEDGMENT

State of _New York_          §
§
County of _Erie_          §

On this __11__ day of _April_ in the year _2022_, before me, the undersigned, a Notary Public in and for said State, personally appeared
Michael Emilianowicz          the          Assistant Vice President,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the individual(s) whose name is(are) subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity(ies) and that by his/her signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_Getzville_ in _Erie County NY_
(insert the city or other political subdivision)          (and insert the State and County or other place the acknowledgment was taken)

MIRANDA JUDITH KRAUS
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01KR6390274
COMM. EXP. 04/15/2023

_____
Signature of Individual Taking Acknowledgment

_Miranda Judith Kraus_
Printed Name

_Notary Public_
Office of Individual Taking Acknowledgment

(Seal)

My Commission Expires: _4/15/2023_

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument          Form 3179 1/01 (rev. 4/14)
The Compliance Source, Inc.          Page 7 of 9          23703PA 10/01 Rev. 10/21
©2001-2021 The Compliance Source, Inc.

**GRIMM, A MARRIED WOMAN AND ADAM C. BALL, A MARRIED MAN, Secretary of Housing and Urban Development.**

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Borrower     - ERIN R. BALL AKA ERIN R GRIMM     Date: 3 /28/22

Borrower     - ADAM C. BALL     Date: 3 /28/22

Certificate of Residence:

I certify that the address of the foregoing mortgagee is **451 Seventh Street, SW, Washington, DC 20410.**

M&T Bank in its capacity as Servicer/Agent for Secretary of Housing and Urban Development

By: _____

Michael Emilianowicz
Assistant Vice President

Title: _____

## EXHIBIT A

**BORROWER(S): ERIN R. BALL AKA ERIN R GRIMM, A MARRIED WOMAN AND ADAM C. BALL, A MARRIED MAN**

**LOAN NUMB** ███████████

**LEGAL DESCRIPTION:**

**STATE OF PENNSYLVANIA, COUNTY OF YORK, AND DESCRIBED AS FOLLOWS:**

**ALL THAT CERTAIN FOLLOWING DESCRIBED LOT OF GROUND, SITUATE IN WINDSOR TOWNSHIP, COUNTY OF YORK, COMMONWEALTH OF PENNSYLVANIA, KNOWN AS LOT 137, MILNER HEIGHTS PHASE I, BOUNDED AND DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON NORTH SIDE OF A FIFTY (50) FOOT WIDE STREET KNOWN AS LARTRY DRIVE, SAID POINT BEING NORTH SIXTY-THREE (63) DEGREES TWENTY (20) MINUTES THIRTY (30) SECONDS EAST, ONE HUNDRED FORTY-FIVE AND ZERO ONE-HUNDREDTHS (145.00) FEET FROM THE NORTHEAST CORNER OF SAID LARTRY DRIVE AND A SIXTY (60) FEET WIDE STREET KNOWN AS MILNER DRIVE; THENCE ALONG LOT NOS. 138 AND 139, NORTH TWENTY-SIX (26) DEGREES THIRTY-NINE (39) MINUTES, THIRTY (30) SECONDS WEST, ONE HUNDRED FIFTY AND ZERO ONE-HUNDREDTHS (150.00) FEET TO A POINT; THENCE ALONG LOT NO. 141, NORTH SIXTY-THREE (63) DEGREES TWENTY (20) MINUTES THIRTY (30) SECONDS EAST, EIGHTY AND ZERO ONE-HUNDREDTHS (80.00) FEET TO A POINT; THENCE ALONG LOT NO. 136, SOUTH TWENTY SIX (26) DEGREES THIRTY-NINE (39) MINUTES THIRTY (30) SECONDS EAST, ONE HUNDRED FIFTY AND ZERO ONE-HUNDREDTHS (150.00) FEET TO A POINT ON THE NORTH SIDE OF ABOVE MENTIONED LARTRY DRIVE; THENCE ALONG THE NORTH SIDE OF SAID LARTRY DRIVE, SOUTH SIXTY-THREE (63) DEGREES TWENTY (20) MINUTES, THIRTY (30) SECONDS WEST, EIGHTY AND ZERO ONE-HUNDREDTHS (80.00) FEET TO A POINT THE PLACE OF BEGINNING.**

---

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument      Form 3179 1/01 (rev. 4/14)
The Compliance Source, Inc.

**UPI/PIN/Tax I** ████████████

**ALSO KNOWN AS: 214 LARTRY DRIVE, RED LION, PA 17356**

---

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument                    Form 3179 1/01 (rev. 4/14)
The Compliance Source, Inc.